**Motion Granted; Dismissed and Memorandum Opinion filed March 3, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00988-CR

### STEPHEN JOSEPH ALTOBELLO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1397278**

# M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal, personally signed by appellant and his counsel, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.

Do Not Publish — Tex. R. App. P. 47.2(b).